```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 06 B 14251
  NAOMI M ROBINSON
                                                    CHAPTER 13

                                                    JUDGE: BRUCE W BLACK

          Debtor
  SSN XXX-XX-5502


------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/02/06 and confirmed on 01/17/07.

     2.  The case was dismissed after confirmation, 11/02/2007.

     3.  The Debtor paid a total of $   4912.00 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
AMERICAS SERVICING CO      CURRENT MORTG         .00             .00             .00
AMERICAS SERVICING CO      MORTGAGE ARRE     1234.98             .00         1234.98
POPULAR BANK               SECURED              .00              .00             .00
POPULAR BANK               MORTGAGE ARRE     1911.94             .00         1015.14
AMERICAN GENERAL FINANCE   SECURED           200.00             7.34           52.88
AMERICREDIT FINANCIAL      SECURED VEHIC        .00              .00             .00
DELL FINANCIAL             SECURED           200.00             7.34           52.88
BEECHER WATER & SEWER      SECURED           252.00              .00          120.00
WILL COUNTY TREASURER      SECURED          1270.00              .00          240.00
OMNIUM WORLDWIDE INC       UNSECURED        NOT FILED            .00             .00
CAPITAL ONE FINANCIAL      UNSECURED        NOT FILED            .00             .00
CHECK N GO OF IL           UNSECURED        NOT FILED            .00             .00
PREMIER BANKCARD/CHARTER   UNSECURED          560.35             .00             .00
NATIONWIDE CREDIT & COLL   UNSECURED        NOT FILED            .00             .00
NICOR GAS                  UNSECURED          975.40             .00             .00
PAYDAY LOAN STORE          UNSECURED          823.70             .00             .00
RCS                        UNSECURED        NOT FILED            .00             .00
NEW JERSEY HIGHER ED ASS   UNSECURED        86698.37             .00             .00
TRUSTMARK RECOVERY SRV     UNSECURED        NOT FILED            .00             .00
AMERICAN GENERAL FINANCE   UNSECURED         3396.63             .00             .00
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
FREEDOM CARD GOLD MASTER   UNSECURED          130.62             .00             .00
ILLINOIS DEPT REVENUE      PRIORITY           181.97             .00             .00
ILLINOIS DEPT REVENUE      UNSECURED          365.22             .00             .00
          Summary of disbursements:
------------------------------------------------------------------------------
                         SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED        5068.92          181.97         92950.29              .00        98201.18
PRINCIPAL PAID            2715.88             .00              .00              .00         2715.88
INTEREST PAID               14.68             .00              .00              .00           14.68
TOTAL PAID                2730.56             .00              .00              .00         2730.56
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   2500.00
and was paid $    776.00   direct and $   1626.38   through the plan.

The Trustee received $    177.06 .

Refunds to the Debtor totaled $    378.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/08                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 06 B 14251 NAOMI M ROBINSON